IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-000270-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY GORDON CASSIUS,

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS**

---

IT IS STIPULATED AND ORDERED that at the conclusion of the hearing which began on October 26, 2006, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 26th day of October, 2006.

BY THE COURT:

_____
Robert E. Blackburn, Judge
United States District Court

APPROVED AS TO FORM:

_____       _____
ATTORNEY FOR GOVERNMENT      ATTORNEY FOR DEFENDANT