**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 06-cr-00270-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY G. CASSIUS,

    Defendant.

**ORDER APPROVING JUROR QUESTIONNAIRE**

**Blackburn, J.**

    Attached is a **Juror Questionnaire** approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated September 19, 2007, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**