**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00270-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY G. CASSIUS,

    Defendant.

**ORDER
1) GRANTING DEFENDANT IMMUNITY DURING MENTAL EXAMINATION;
2) SUPPLEMENTING ORDER FOR COMPETENCY AND MENTAL EXAMINATION;
3) EXTENDING TIME FOR EXAMINATION AND REPORT;
AND 4) SETTING STATUS CONFERENCE**

**Blackburn, J.**

This matter came before me on February 22, 2008, set ostensibly for hearing to determine the competency and mental condition of defendant. *See* **Order** at 2, ¶ 1 [#331] entered January 25, 2008. However, the matter was not ripe for hearing due in part to the pending **Motion To determine the Scope of the Defendant's Immunity During His Competency Evaluation, And Assertion of His Right to Silence** [#334] filed January 31, 2008. Thus, I converted the hearing from a competency and mental condition hearing to a hearing on the pending motion. After considering the motion and the government's response, *see* [#341] filed February 12, 2008, and after conferring with counsel, I find and conclude as follows:

1. That during his court-ordered examination, the defendant should be granted the immunity that he seeks and which the government does not oppose, *see* Gov. Response at 3-4, ¶ 5;

2. That the hearing to determine the competency and mental condition of defendant can not be held in time prescribed by my order or by 18 U.S.C. § 4247(b);

3. That I should and do approve defendant's waiver of his right to an examination and hearing within the time required by my order and 18 U.S.C. § 4247(b);

4. That the time for examination and report should be extended for a reasonable time; and

5. That the matter should be set for a status conference within a reasonable time after the examination report is due.

**THEREFORE, IT IS ORDERED** as follows:

1. That the hearing to determine the competency and mental condition of the defendant is vacated;

2. That defendant's **Motion To determine the Scope of the Defendant's Immunity During His Competency Evaluation, And Assertion of His Right to Silence** [#334] filed January 31, 2008, is granted as provided in the following paragraph;

3. That while in the custody of the Attorney General for purposes of the examination and report required by my order [#331] entered January 25, 2008, no statement made by the defendant shall be admitted in evidence against the defendant on the issue of guilt or sentence in any criminal proceeding;

4. That pursuant to the provisions of 18 U.S.C. § 4247(c), at the conclusion of the psychiatric or psychological examination of the defendant, a psychiatric or psychological report shall be prepared by the licensed or certified psychiatrist or psychologist and shall be filed by March 31, 2008;

5. That a status conference shall be held on April 4, 2008, at 1:30 p.m., at which time the appearance of the defendant is waived;

6. That my **Order for Competency And Mental Examination** [#331] entered January 25, 2008, is modified to the limited extent necessary to implement the orders above, but is otherwise ratified and remains in full force and effect; and

7. That copies of this order shall be provided to and served on counsel for the parties, the warden of the Federal Correctional Institution, 9595 W. Quincy Avenue, Englewood, Colorado 80123, and the United States Marshal for the District of Colorado.

Dated February 22, 2008, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**