| Title of Investigation: | Investigation Number | Report Number: |
|---|---|---|
| CASSIUS, Timothy et al | 785025-06-0017 | 58 |

## SUMMARY OF EVENT:

Arrest of Timothy Gordon CASSIUS

## NARRATIVE:

1. On 06-14-06 Alcohol, Tobacco, Firearms and Explosives (ATF) Resident Agent in Charge (RAC) Ray Brown, Special Agents (SA) Steve Morrison, Jeffrey Russell, Levi Desrosier, David Tabullo, Shane Abraham, Rennie Mora and James Kennedy, along with ATF Task Force Officer (TFO) Detective James Anderson were conducting surveillance at 3331 Monroe Street Denver, Colorado 80205. Also in the area as a support unit was Denver Police Department (DPD) Street Crime Arrest Team (SCAT) marked unit #252 with uniform Officers James Medina #99072 and Ted Binet #00058 on board. SA Kennedy recorded video as part of this surveillance, reflected as ATF evidence item #E-000014. Prior to the start of the surveillance, SA Morrison had confirmed via computer check that CASSIUS had an outstanding arrest warrant out of Denver OCA #05M10846.

2. At approximately 1550 hours SA Kennedy observed Timothy CASSIUS exit the front door of 3331 Monroe Street carrying a dark colored briefcase in his hand. CASSIUS then entered a red Pontiac Firebird bearing Colorado temporary license plate 965864D and drove northbound on Monroe Street. SA'S then kept CASSSIUS under surveillance until he reached the area of the 1400 block of High Street. Prior to CASSIUS getting into the red Pontiac TFO Anderson advised DPD Officers Binet and Medina that CASSIUS' driver's license was under restraint (under suspension) and he had an outstanding traffic warrant. TFO Anderson also had previous knowledge that the Colorado Temporary license plate that was displayed on this vehicle (965864D) was not valid due to the Colorado Department of Motor Vehicles not having any record and possibly a misuse of license plates.

3. When CASSIUS got into the area of the 1400 block of High Street DPD Officers Binet and Medina conducted a traffic stop. CASSIUS pulled over in the 1300 block of High Street. After Officers Binet and Medina activated their overhead lights Officer Binet observed CASSIUS reaching back with his right hand to the back seat area of the vehicle. After the vehicle came to a complete stop Officers Binet and Medina contacted CASSIUS and asked him for his driver's license. CASSIUS then reached back, again to the back seat and started to fumble

| Prepared by: James A. Anderson | Title: Task Force Officer, Denver I Field Office | Signature: | Date: 6/21/06 |
|---|---|---|---|
| Authorized by Ray R. Brown | Title: Resident Agent in Charge, Denver I Field Office | Signature: | Date: 6/21/06 |
| Second level reviewer (optional): William D. Newell | Title: Special Agent in Charge, Phoenix Field Division | Signature: | Date: 6/21/06 |

with the left latch of a briefcase, which was already unlatched and open. Officer Medina then advised CASSIUS to turn around. CASSIUS stated that his identification was in the briefcase. Officer Binet then advised CASSIUS that the latch that he was fumbling with was already open. CASSIUS continued to manipulate the briefcase, but did not appear to be attempting to open the case, due to not touching the button to open the case, or moving the combination lock. Officer Medina then asked if CASSIUS had a driver's license and he advised "no".

4. At this time Officers Medina and Binet asked CASSIUS for his name and date of birth, at which time CASSIUS complied and gave his information (Timothy CASSIUS DOB 04-07-70). Officer Medina then cleared CASSIUS' information over the DPD radio. The dispatcher advised that CASSIUS' driver's license was suspended and there was more information to follow. More information to follow was an indication that the subject (CASSIUS) had an outstanding warrant. Once Officer Medina got the information from the dispatcher he advised Officer Binet to get CASSIUS out of the vehicle and take him into custody.

5. After taking CASSIUS into custody Officer Binet asked him if there were any weapons or drugs in the vehicle. TFO Anderson and SA Morrison had received information from ATF confidential informant #785000-1073 that CASSIUS had the briefcase in his possession and it might contain crack cocaine and possibly a black either 9mm, or .380 pistol. CASSIUS stated that there were no weapons or drugs in the vehicle. Officer Binet also asked CASSIUS if he (Binet) could search the vehicle and CASSIUS stated "go ahead". CASSIUS was then placed in the back seat of the marked DPD patrol vehicle.

6. Officer Binet called for a tow truck to have the Pontiac Firebird towed to the Denver Police Impound Lot. Officer Binet then started to search the vehicle incident to arrest and prior to towing the vehicle to the impound lot. Officer Binet opened the unlocked briefcase and immediately observed a loaded 9mm pistol along with a spare pistol magazine. Officer Binet also observed several clear plastic baggies of what he thought at the time was crack cocaine in the briefcase. Officer Binet then handled the pistol wearing gloves and made the firearm safe (unloaded the firearm), observing that the firearm was loaded, with one round in the chamber.

7. After conducting a search of the vehicle Officers Binet and Medina transported the evidence and CASSIUS to the DPD District 2 Station for further processing. Upon arrival to the Police Station Officer Binet completed the search of the briefcase locating several other items of evidentiary value. Officer Binet also took photographs of the contents of the briefcase.

8. Officer Binet then searched CASSIUS and recovered the following U.S. currency: $280.00 from CASSIUS' left rear pants pocket, $350.00 from CASSIUS' left front pants pocket and $1300.00 from CASSIUS' right rear pants pocket. Officer Binet then obtained a strip search authorization form signed by Sergeant L. Mares, due to the fact that TFO Anderson had advised that CASSIUS was known to conceal contraband on his person. No additional contraband was located on CASSIUS' person.

9. Officers Binet and Medina then transported the evidence listed below to the DPD property Bureau and it was placed into evidence under DPD property invoice #738876. Officer Medina also completed a request for a presumptive screening analysis to be completed by the DPD crime lab, on the suspected crack cocaine. The results of the analysis were to be forwarded to TFO Anderson.

Property on invoice #738876

 1. U.S. currency ($280.00) from CASSIUS' left rear pants pocket.

    2. U.S. currency ($350.00) from CASSIUS' left front pants pocket.
    3. U.S. currency ($1300.00) from CASSIUS' right rear pants pocket.
    4. Suspected crack cocaine (from Briefcase)
    5. Suspected crack cocaine (from Briefcase)
    6. Suspected crack cocaine (from Briefcase)
    7. Hi-Point handgun with magazine (9mm) serial #821559 (from Briefcase)
    8. Extra magazine (9mm) with ammunition (from Briefcase)
    9. 3 Scales (from Briefcase)
    10. 2 crack pipes (from Briefcase)
    11. Plastic baggies with rubber bands (from Briefcase)
    12. Paperwork for Timothy CASSIUS, including a State of Colorado Criminal Summons and Complaint in the name of Timothy Gordon CASSIUS DOB 04-07-70 (from Briefcase)
    13. Black briefcase.
    14. Photo disc.

10. On 06-16-06 TFO Anderson proceeded to the DPD Property Bureau to view the evidence and to print a copy of the photographs from the photo disc (invoice #738876). Upon arrival to the property bureau TFO Anderson was advised by the property bureau that there was a dollar bill and some loose change in the bottom of the briefcase. TFO Anderson was then asked to complete an additional property invoice and tag the additional money. TFO Anderson then completed an additional invoice separating and itemizing the following property:

    15. U.S. Currency ($2.60) (Loose in briefcase)
    16. Black folder with miscellaneous paperwork (from Briefcase)
    17. Photographs (from Briefcase)

11. After completing the additional property invoice TFO Anderson transported all of the property to the ATF Office at 1961 Stout Street #630A, Denver, Colorado. Upon arrival to the ATF Office TFO Anderson turned the property over to SA Morrison.

12. On 06-16-06 TFO Anderson was forwarded the results of the presumptive screening analysis completed by Denver Police Department Forensic Chemist Donald Shriver, which reflected the following results.

    1. Item #4 from property invoice (#738876)  3.1696 grams of cocaine base.
    2. Item #5 from property invoice (#738876)  14.3614 grams of cocaine base.
    3. Item #6 from property invoice (#738876)  3.3381 grams of cocaine base.

## ATTACHMENTS:

- Copy of Traffic warrant verification for Timothy CASSIUS
- Copy of Denver Police Department Offense/Incident report case #200627521
- Copy of DPD Felony processing form

- Copy of DPD probable cause statement
- Copy of Statement by DPD Officer Ted Binet #00058
- Copy of Statement by DPD Officer James Medina #99072
- Copy of DPD Booking photo dated 04-12-06
- Copy of DPD strip search authorization form
- Copy of State of Colorado Criminal Summons and Complaint in the name of Timothy CASSIUS.
- Copy of Allstate Insurance card for Richard Humbert
- Copy of Colorado Drivers license for June Marie Wayland
- Copy of hand written bill of sale from Jeremy Yonce
- Copy of DPD tow slip completed by officers
- Copy of DPD tow slip completed by Impound lot and investigative hold form
- Copy of DPD property invoice #738876
- Copy of DPD additional property invoice #738876
- Presumptive screening request/results Item #4 from property invoice #738876
- Presumptive screening request/results Item #5 from property invoice #738876
- Presumptive screening request/results Item #6 from property invoice #738876
- Copy of crime lab query on DPD lab case 06-04129
- 41 photographs printed from disk from property invoice #738876

:

# DENVER POLICE DEPARTMENT
## PROPERTY INVOICE AND RECEIPT

Case # _____  
☒ Offense Report Made  
☐ Additional Invoice  

Property Number: 738876  
CAD Event # _____  
Date: 06-14-06  Time: 1600  ☐ AM ☒ PM

| Officer Recovering Property | Serial No. | Assignment | Detective Assigned | Serial No. | Assignment |
|---|---|---|---|---|---|
| Medina, J | 99072 | D-2 | Anderson, J | 99003 | Robbery |
| Binet, T | 00059 | D-2 | | | |

| Name of Prisoner | Age/DOB | Date Arrested | Charges: ☐ Petty Offense ☐ Misdemeanor ☒ Felony |
|---|---|---|---|
| Cassius, Timothy | 04-07-70 | 06-14-06 | P.C.S. / POWPO |

Location of Offense and/or Where Property Recovered: 1300 Blk High St

☒ Victim (Name, Address, Zip Code, Phone #): State of Colorado  
☐ Owner  
☐ Finder  
☐ Prisoner  

☐ Card Sent  
☐ PADF  
Date _____

List property/evidence in this order whenever applicable:  
1 - MONEY   2 - CONTRABAND DRUGS/NARCOTICS   3 - WEAPONS   4 - REMAINING PROPERTY/EVIDENCE  
Article description must be as complete as possible. Gun description must include make, type of action, caliber and serial number.  
Indicate the Status (S) of each article invoiced into the Property Section:   E - Evidence   P - Personal Property   F - Found Property

SERIAL NUMBERS CHECKED BY: _____

| # | ARTICLE TYPE & BRAND NAME | MODEL # | COLOR | SERIAL NUMBER | CAD or CASE NUMBER | S | BIN # | BY |
|---|---|---|---|---|---|---|---|---|
| 1 | U.S. Currency #A023564 | $280 | (LF) | | | E | SF0606 | |
| 2 | U.S. Currency #A023563 | $350 | (LR) | | | E | | |
| 3 | U.S. Currency #A014172 | $800 | (RR) | | | E | | |
| 4 | Suspected crack | | | | | E | N0606 | |
| 5 | Suspected crack | | | | | E | | |
| 6 | Suspected crack | | | | | E | | |
| 7 | Handgun w/magazine | 9mm | Blk | 821559 | | E | K385 | |
| 8 | Magazine extra w/ammo | | Blk | | | E | G113 | |
| 9 | Scales x3 | | Sil | | | E | | |
| 10 | Crack pipex (?) | | | | | E | | |
| 11 | Plastic baggies & rubber bands | | | | | E | | |
| 12 | Paperwork for Timothy Cassius 4/7/70 from briefcase misc | | | | | E | | |
| 13 | Briefcase | | Blk | | | E | | |
| 14 | CDs or photos | | | | | E | | |

DPD 122 (Rev. 4/99)   1 - Property Management   2 - Detective   3 - Officer

# DENVER POLICE DEPARTMENT
## PROPERTY INVOICE AND RECEIPT

Case # _____
☐ Offense Report Made
☒ Additional Invoice

Property Number: 738816
CAD Event # _____
Date: 6/16/06  Time: [illegible]  ☒ AM  ☐ PM

| Officer Recovering Property | Serial No. | Assignment | Detective Assigned | Serial No. | Assignment |
|---|---|---|---|---|---|
| J. Anderson | 99003 | PCU | J. Anderson | 99003 | PCU |

| Name of Prisoner | Age/DOB | Date Arrested | Charges: ☐ Petty Offense  ☐ Misdemeanor  ☒ Felony |
|---|---|---|---|
| Timothy Carrens | 11/7/70 | 6/14/06 | PCS |

Location of Offense and/or Where Property Recovered: 1300 High St.

☐ Victim (Name, Address, Zip Code, Phone #)
☐ Owner
☐ Finder
☐ Prisoner

☐ Card Sent
☐ PADF
Date _____

List property/evidence in this order whenever applicable:
1 - MONEY   2 - CONTRABAND DRUGS/NARCOTICS   3 - WEAPONS   4 - REMAINING PROPERTY/EVIDENCE

Article description must be as complete as possible. Gun description must include make, type of action, caliber and serial number.
Indicate the Status (S) of each article invoiced into the Property Section:   E - Evidence   P - Personal Property   F - Found Property

SERIAL NUMBERS CHECKED BY: _____

| # | ARTICLE TYPE & BRAND NAME | MODEL # | COLOR | SERIAL NUMBER | CAD or CASE NUMBER | S | BIN # | BY |
|---|---|---|---|---|---|---|---|---|
| 15 | US Currency ($2.60) | | | A018827 | | E | G113 | |
| 16 | ID-Kite & NSF paperwork | | | | | E | | |
| 17 | Car Key | | | | | E | | |
| 18 | 5 Photographs | | | | | E | | |

DPD 122 (Rev. 4/99)   1 - Property Management   2 - Detective   3 - Officer