**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00270-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY G. CASSIUS,
      a/k/a "Cash,"
      a/k/a "Almighty Dollar,"
      a/k/a "AD,"

    Defendant.

## ORDER

**Blackburn, J.**

The matter comes before the court on the defendant's **Motion For Substitution of Appointed Counsel** [#378] filed July 24, 2008. After reviewing the motion and the file, the court has concluded that the motion should be granted, Philip Cherner should be permitted to withdraw as appointed counsel for defendant Timothy G. Cassius, and Paula Ray should be appointed to represent Mr. Cassius on his appeal.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion For Substitution of Appointed Counsel** [#378] filed July 24, 2008, is **GRANTED**;

    2. That Philip Cherner is permitted to **WITHDRAW** as attorney for defendant Timothy G. Cassius; and

    3. That Paula Ray is **APPOINTED** to represent defendant, Timothy G. Cassius.

    Dated August 21, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn
                                        Robert E. Blackburn
                                        United States District Judge**