**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  06-cr-00270-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,
v.

1.  TIMOTHY G. CASSIUS,
    a/k/a "Cash,"
    a/k/a "Almighty Dollar,"
    a/k/a "AD,"

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the **Motion to Dismiss Defendant's Motion For Return of Property (Document 428)** [#436] filed February 19, 2010.  The court has construed this motion as a motion to withdraw defendant's previously filed **Motion To Compel Federal Agency to Perform A Duty Owed to Petitioner to Return Personal Property Seized by The B.A.T.F.** [#428] filed November 24, 2009. After careful review of the motion and the file, the court has concluded that the motion should be granted and that the motion to return property should be withdrawn.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Motion to Dismiss Defendant's Motion For Return of Property (Document 428)** [#436] filed February 19, 2010, is **GRANTED**;

2.  That defendant's **Motion To Compel Federal Agency to Perform A Duty Owed to Petitioner to Return Personal Property Seized by The B.A.T.F.** [#428] filed November 24, 2009, is **WITHDRAWN**; and

3.  That the **Federal Rules of Civil Procedure, Rule 56 Motion For Summary Judgment in Favor of Petitioner of His Motion to Return Property or Alternative Impose Sanctions of $10,000.00** [#434] filed February 9, 2010, is **DENIED AS MOOT**.

Dated: February 22, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.