IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Crim. Case No. 06-cr-00270-REB
Civil Case No. 10-cv-02947-REB

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

1. TIMOTHY G. CASSIUS,

    Defendant/Movant.

_____

## JUDGMENT
_____

Pursuant to and in accordance with the Order entered and pronounced in open court by the Honorable Robert E. Blackburn at the August 16, 2013 sentencing hearing of the defendant [#568], the following Judgment is hereby entered:

1.     The Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [#443] filed December 26, 2010 is GRANTED; and that the Order Denying in Part Defendant's Motion under 28 U.S.C. § 2255, Deferring Ruling in Part, and Setting Scheduling Hearing [#453] entered November 2, 2011 is MODIFIED to the limited extent necessary to facilitate and implement the Court's additional order but is otherwise ratified and reaffirmed;

2.     The corresponding civil action is hereby CLOSED.

Dated at Denver, Colorado this ___21st___ day of August, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: _s/ Edward P. Butler_
    Edward P. Butler, Deputy Clerk